UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 5:07CR50084-001 |
| | ) | |
| ALAN TROY PRENDERGAST | ) | |

### ORDER OF DISMISSAL

Now on this same day came on for consideration the government's Motion to Dismiss pursuant to Rule 48(a), Federal Rules of Criminal Procedure, and upon consideration of the same, the Court is of the opinion that same Motion should be granted.

NOW THEREFORE, it is ordered that the Indictment filed in the above-entitled and numbered cause on November 14, 2007, be on the same day hereby dismissed without prejudice.

Entered on this 6th day of March, 2008.

/s/Jimm Larry Hendren
HONORABLE JIMM LARRY HENDREN
CHIEF UNITED STATES DISTRICT JUDGE